UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-1672 (DSD/ECW)

Mohamed A.,

      Plaintiff,

v.                                                         **ORDER**

DHS-ICE et al,

      Defendants.


Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 19, 2021, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.   The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] is denied as moot;

    2.   The Motion to/for Custody Redetermination [ECF No. 3] is denied as moot; and

    3.   This case is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: February 9, 2021        s/David S. Doty
                                     David S. Doty, Judge
                                   United States District Court